UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| | : | |
| v. | : | CRIMINAL NO. 5:13-CR-82-MTT |
| | : | |
| SERGIO MALDONADO-PINEDA, | : | VIOLATION(S): |
| | : | 8 U.S.C. § 1326(a) |
| Defendant. | : | 8 U.S.C. § 1326(b)(2) |
| | : | |

THE GRAND JURY CHARGES:

COUNT ONE
(ILLEGAL REENTRY)

On or about December 19, 2008, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**SERGIO MALDONADO-PINEDA,**

defendant herein, an alien who was deported and removed from the United States on or about May 23, 2002, and who has been previously convicted of an aggravated felony, to wit: Possession with Intent to Distribute Cocaine in Case No. 01CR53586 in the Superior Court of Bibb County, Georgia, on October 22, 2001, and who has not received the consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to re-apply for admission, was found in the United States in Butts County, Georgia, being willfully in the United States unlawfully.

All in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2).

A TRUE BILL.

/s/ *Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

MICHAEL J. MOORE
UNITED STATES ATTORNEY

Presented by:

MICHAEL T. SOLIS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 10th day of December, AD 2013.

Deputy Clerk